IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| GREG WEATHERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:05CV00866 SWW |
| | * | |
| TRIPLE M TRANSPORTATION, INC., | * | |
| | * | |
| Defendant/Third-Party Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | |
| | * | |
| | * | |
| MARINE TERMINALS OF ARKANSAS, INC., and MARTIN MARIETTA MATERIALS, INC., | * * * | |
| | * | |
| Third-Party Defendants. | * | |
| | * | |

## ORDER

Before the Court is the motion of third-party defendant Martin Marietta Materials, Inc. for the admission *pro hac vice* of Simon Tonkin and James O. Hacking, III, of the law firm of Tonkin & Mondel, L.C. of St. Louis, Missouri, to appear as counsel in this case. The motion [docket entry 27], which is in compliance with Local Rule 83.5(d), is granted.

DATED this 5th day of October 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE