EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK

| | |
|---|---|
| GREG WEATHERS | PLAINTIFF |
| V. | NO. 4:05-CV-0866-RSW |
| TRIPLE M TRANSPORTATION, INC. | DEFENDANT/<br>THIRD-PARTY PLAINTIFF |
| V. | |
| MARINE TERMINALS OF ARKANSAS, INC. | THIRD-PARTY DEFENDANT/TENDERED DEFENDANT UNDER RULE 14(c), F. R. Civ. P. |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS MATTER is** before the Court on the motion of the parties for a Dismissal with Prejudice of this cause and the Complaint, Cross-claims and/or Counterclaims therein. The Court having reviewed the Motion and otherwise being fully advised in the premises finds that the Motion is well taken and should and is hereby sustained.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this cause is dismissed with prejudice.

RODNEY S. WEBB, District Judge
United States District Court

APPROVED:

Howard Cohen, Attorney for Greg Weathers

Ray Bratton, Attorney for Marine Terminals of Arkansas, Inc.

Joel J. Henderson, Attorney for Triple M Transportation, Inc.